UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * * *

Felix Raymond Montez,

                Plaintiff,

                                    ORDER ADOPTING
     vs.                       REPORT AND RECOMMENDATION

Michael J. Astrue, Commissioner
of Social Security,

                Defendant.          Civ. No. 08-634 (PJS/RLE)

* * * * * * * * * * * * * * * * * *

Based upon the Report and Recommendation of United States Magistrate Judge Raymond L.

Erickson, and after an independent review of the files, records and proceedings in the above-titled

matter, **IT IS ORDERED**:

That the Defendant's Motion to Dismiss [Docket No. 6] is granted.


DATED: January 9, 2009                s/Patrick J. Schiltz           
                                                Patrick J. Schiltz
                                                United States District Judge